# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 231 WAL 2014
: 
          Respondent : 
: Petition for Allowance of Appeal
: from the Order of Superior Court
      v. : 
: 
: 
: 
VICTOR YOUNG, : 
: 
          Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.